Justin G. Randall, Esq.
Nevada Bar No. 12476
ER INJURY ATTORNEYS
1700 S. Pavilion Center Dr., Suite 530
Las Vegas, Nevada 89135
Telephone: (702) 878-7878
Facsimile: (702) 968-7525
Email: justin@erinjuryattorneys.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DIAMOND MONIQUE EVANS, individually and as natrual parent and guardian of KYLA RILEY, a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>DOE DRIVER I, individually; UNITED NATURAL FOODS, INC.; DOES I – X; and ROE CORPORATIONS I - X, inclusive,<br><br>Defendants. | CASE NO.: 2:25-cv-2393<br><br>**[Corrected Deadline Date Only]** |

**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**
**(First Request)**

Pursuant to LR 6.1 and LR 26.4, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend discovery in the above-captioned case sixty (60) days as set forth below:

***Discovery Completed:***

1. All parties have made their initial and supplemental disclosures pursuant to FRCP 16.1.

2. Plaintiff served Defendants with Interrogatories, Request for Admissions, and Requests for Production of Documents;

3. Defendant served Plaintiff with Interrogatories, Request for Admissions and Request for Production of Documents;

4.      Plaintiff served Responses to Defendants Interrogatories, Request for Admissions, and Requests for Production of Documents; and

5.      Defendant served Responses to Plaintiff's Interrogatories, Request for Admissions and Request for Production of Documents.

**_Discovery that remains to be completed:_**

1.      Disclosure of Initial and Rebuttal Experts;

2.      Deposition of Plaintiff;

3.      Deposition of Defendant;

4.      Deposition of Defendant's FRCP 30(b)(6);

5.      Depositions of Plaintiff's select medical care providers; and

6.      Depositions of disclosed experts.

**_Reasons that Discovery has not yet been completed are:_**

The partes need additional time to conduct the remaining discovery. The parties request a continuance of the discovery cut off by 60 days to allow ample time for the disclosure of experts and the scheduling of the remaining depositions.   The parties are currently in discussions regarding potentially mediating this matter.

This request is not made in bad faith, with dilatory motive, or for any purposes of improper delay.

**_Proposed schedule for completing discovery:_**

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cut-Off | June 1, 2026 | July 31, 2026 |
| Amending the Pleadings and Adding Parties | March 3, 2026 | May 1, 2026 |
| Initial Disclosure of Experts | April 2, 2026 | June 1, 2026 |
| Disclosure of Rebuttal Experts | May 1, 2026 | July 1, 2026 |
| Dispositive Motions | July 1, 2026 | August 31, 2026 |

/ / /

/ / /

/ / /

2

WHEREFORE, the parties respectfully request this honorable Court adopt the foregoing stipulation of the parties which will result in the new discovery cut off and trial date

DATED this 27th day of February, 2026.                    DATED this 27th day of February, 2026.

ER INJURY ATTORNEYS                                        BRANDON SMERBER LAW FIRM


/s/ Justin G. Randall                                      /s/ Ryan Venci
Justin G. Randall, Esq. (12476)                            Ryan Venci, Esq. (7547)
1700 S. Pavilion Center Dr., Suite 530                     139 East Warm Springs Road
Las Vegas, Nevada 89135                                    Las Vegas, Nevada 89119
Attorneys for Plaintiff                                    Attorneys for Defendants


**ORDER**

**IT IS SO ORDERED** that the discovery deadlines are hereby extended as follows:

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cut-Off | June 1, 2026 | July 31, 2026 |
| Amending the Pleadings and Adding Parties | March 3, 2026 | May 1, 2026 |
| Initial Disclosure of Experts | April 2, 2026 | June 1, 2026 |
| Disclosure of Rebuttal Experts | May 1, 2026 | July 1, 2026 |
| Dispositive Motions | July 1, 2026 | August 31, 2026 |


_____
United States Magistrate Judge

Dated: 3-3-26
_____


Submitted by:

ER INJURY ATTORNEYS

/s/ Justin G. Randall
Justin G. Randall, Esq.
Nevada Bar No. 12476
1700 S. Pavilion Center Dr., Suite 530
Las Vegas, Nevada 89135
Attorney for Plaintiffs