**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**RYAN VENCI, ESQ.**
Nevada Bar No. 7854
**KRISTEN MOLLOY, ESQ.**
Nevada Bar No. 14927
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
*l.brandon@bsnv.law*
*j.orr@bsnv.law*
*k.molloy@bsnv.law*
*Attorneys for Defendant,*
*UNITED NATURAL FOODS, INC.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DIAMOND MONIQUE EVANS, individually and as natural parent and guardian of KYLA RILEY, a minor;<br><br>Plaintiffs,<br><br>vs.<br><br>DOE DRIVER I, individually; UNITED NATURAL FOODS, INC., DOES I – X, and ROE CORPORATIONS I – X, inclusive,<br><br>Defendants. | CASE NO.: 2:25-cv-2393-MMD-MDC<br><br>**ORDER GRANTING STIPULATION TO DISMISS DEFENDANT, UNITED NATURAL FOODS, INC., WITH PREJUDICE LEAVING NO REMAINING PARTIES** |

IT IS HEREBY STIPULATED AND AGREED TO by LEW BRANDON, JR., ESQ., RYAN VENCI, ESQ., and KRISTEN MOLLOY, ESQ., of BRANDON | SMERBER LAW FIRM, on behalf of Defendant, UNITED NATURAL FOODS, INC., and Plaintiff, DIAMOND MONIQUE EVANS, individually and as natural parent and guardian of KYLA RILEY, a minor, by and through JUSTIN G. RANDALL, ESQ., of ER INJURY ATTORNEYS as follows:

*Diamond Evans v. United Natural Foods, Inc.*
*Case No.: A-25-932088-C*

That Defendant, UNITED NATURAL FOODS, INC., be dismissed, with prejudice from the above-entitled matter, leaving no remaining parties. Each party to bear their own fees and costs.

DATED this 7th day of July, 2026.

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr. Esq.*

**RYAN VENCI, ESQ.**
Nevada Bar No. 7854
**KRISTEN MOLLOY, ESQ.**
Nevada Bar No. 14927
139 E. Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*UNITED NATURAL FOODS, INC.*

DATED this ⟍8⟍ day of June, 2026.

**ER INJURY ATTORNEYS**

15936

**JUSTIN G. RANDALL, ESQ.**
Nevada Bar No. 12476
1700 South Pavilion Center Drive, Suite 530
Las Vegas, Nevada 89135
*Attorneys for Plaintiff,*
*DIAMOND MONIQUE EVANS, individually*
*And as natural parent and guardian of*
*KYLA RILEY, a minor*

*Diamond Evans v. United Natural Foods, Inc.*
*Case No.: A-25-932088-C*

**IT IS SO ORDERED** that Defendant, UNITED NATURAL FOODS, INC., be dismissed, with prejudice from the above-entitled matter, leaving no remaining parties. Each party to bear their own fees and costs.

DATED this ___10th___ day of ___July, 2026.___, _ _ _ _ _

_____
**DISTRICT COURT JUDGE**

*Respectfully submitted by:*

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*

_____
**RYAN VENCI, ESQ.**
Nevada Bar No. 7854
**KRISTEN MOLLOY, ESQ.**
Nevada Bar No. 14927
139 E. Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*UNITED NATURAL FOODS, INC.*

BRANDON | SMERBER LAW FIRM

139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964